**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| INCLUSIVE LOUISIANA and THE DESCENDANTS PROJECT, <br><br> *Plaintiffs,* <br><br> *vs.* <br><br><br> FG LA, LLC, a/k/a FORMOSA PLASTICS, <br><br> *Defendant.* | Civil Action <br><br> Judge <br><br> Magistrate |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Plaintiffs Inclusive Louisiana and The Descendants Project respectfully submit the following disclosures:

Counsel of record for Plaintiffs Inclusive Louisiana and The Descendants Project certifies that to the best of their knowledge and belief, neither Plaintiff has a parent corporation and no publicly held corporation owns 10% or more of either entity

July 9, 2025

Respectfully submitted,

s/Pamela C. Spees
Pamela C. Spees, Trial Attorney
La. Bar Roll No. 29679
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel. & Fax (212) 614-6462
pspees@ccrjustice.org