UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INCLUSIVE LOUISIANA ET AL.                    CIVIL ACTION

VERSUS                                        NO. 25-1398

FG LA LLC                                     SECTION: "J"(3)

## ORDER

Considering the foregoing *Motion to Continue Date of Oral Argument of Motion to Dismiss* **(Rec. Doc. 26)** and *Motion for Expedited Consideration* **(Rec. Doc. 27)**, filed by Defendant, FG LA LLC,

**IT IS HEREBY ORDERED** that the motions are **GRANTED**, and Defendant FG LA LLC's Motion to Continue Date of Oral Argument of Motion to Dismiss shall be considered on an expedited basis.

**IT IS FURTHER ORDERED** that the oral argument on Defendant FG LA LLC's Motion to Dismiss, which is currently set for Wednesday, April 15, is hereby **CONTINUED** to **Friday, April 24, 2026 at 9:30 a.m.**

New Orleans, Louisiana, this 10th day of April, 2026.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE