MINUTE ENTRY
BARBIER, J.
APRIL 24, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

INCLUSIVE LOUISIANA ET AL.                          CIVIL ACTION


VERSUS                                              NO. 25-1398


FG LA LLC                                           SECTION: "J"(3)


*****************************************************************************
CASE MANAGER:                                       COURT REPORTER:
CHEYENNE GREEN                                       TONI TUSA

## ORAL ARGUMENT

On April 24, 2026, the Court held oral argument on Defendant FG LA LLC's *Motion to Dismiss* **(Rec. Doc. 9)**. The following counsel attended: Pamela Spees, Astha Pokharel, and Kayla Vinson representing Plaintiffs, Inclusive Louisiana and The Descendants Project; and Brett Venn, Madeline Freese, and Michael Drew representing Defendant, FG LA LLC.

The Court **ORDERED** as follows:

1. Defendant FG LA LLC's *Motion to Dismiss* **(Rec. Doc. 9)** is **TAKEN UNDER ADVISEMENT**.

2. Defendant shall submit a transcript of the oral ruling from the Louisiana 23rd Judicial District Court concerning the Temporary Restraining Order that was issued against Defendant in 2020.

3. If the parties are willing to consider mediation, which the Court recommends, the Court will refer them to a mediator. Plaintiffs and Defendant shall **REPORT** to the Court (via email at Megan_King@laed.uscourts.gov) as to each party's position concerning mediation in the next ten (10) days, or not later than **Friday, May 8, 2026**.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JS-10: 1 hour and 35 mins.

New Orleans, Louisiana, this 30th day of April, 2026.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

2